## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF APPEARANCE

PLEASE TAKE NOTICE that Bryce Robertson, Esquire, who was formerly employed with LOGS Legal Network, LLP, is withdrawing his appearance from the following cases listed on Exhibit A, all cases wherein he is an attorney of record, and therefore his appearance in the attached cases is hereby withdrawn

PLEASE TAKE NOTICE that Gregory N. Britto, Esquire, who is employed with LOGS Legal Network, LLP, shall replace Bryce Robertson as counsel of record on the cases listed on Exhibit A.

Dated: December 11, 2025

Respectfully submitted,

By: /s/ Gregory N. Britto

Gregory N. Britto (VSB #23746)
LOGS Legal Group, LLP.
13800 Coppermine Rd
Herndon, Virginia 20171
Telephone 703-449-5800

Respectfully submitted,

/s/ Bryce Robertson
Bryce Robertson (VSB # 75209 )

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2025, I electronically filed the foregoing Notice of Withdrawal and Substitution of Appearance with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) via the ECF email notification system to all persons registered to receive electronic notice in this case at their email addresses of record.

/s/ Gregory N. Britto

| Case No. | Case Title | Chapter / Lead BK case | Date Filed |
|---|---|---|---|
| 18-10001-BFK | Scott David Gale and Janice Gale | 13 | 1/1/2018 |
| 19-13693-BFK | Nancy C. Siemer | 13 | 11/8/2019 |
| 20-12212-BFK | Nickson George | 13 | 10/1/2020 |
| 20-12739-BFK | Gary A. Powell | 13 | 12/18/2020 |
| 21-10395-KHK | Charles Guillermo Prat | 13 | 3/12/2021 |
| 21-11399-KHK | Laura Lynn Holland | 13 | 8/9/2021 |
| 21-11488-BFK | Jesse Mark Henderson and Ashleigh Rose Henderson | 13 | 8/27/2021 |
| 22-10069-KHK | Nery E Zelaya Del Cid | 13 | 1/22/2022 |
| 22-10284-BFK | Wilberg Adan Rivera | 13 | 3/14/2022 |
| 22-10516-BFK | Lauren Ashley Ours | 13 | 4/26/2022 |
| 22-10991-BFK | Lambert O. Oragui | 13 | 7/28/2022 |
| 22-11085-BFK | Boris Lee Brown | 13 | 8/19/2022 |
| 22-11211-BFK | Kenney Song | 13 | 9/12/2022 |
| 22-11367-BFK | Carmen A Andrade | 13 | 10/12/2022 |
| 22-11445-KHK | Benjie R Haarberg | 13 | 10/26/2022 |
| 22-11592-BFK | Michael Paul Stetz | 13 | 11/17/2022 |
| 22-11622-BFK | David Lee White | 13 | 11/28/2022 |
| 22-11665-KHK | Daniel W. McMillen | 13 | 12/4/2022 |
| 23-10072-KHK | Janie Maria Cole | 13 | 1/13/2023 |
| 23-10111-KHK | Larisa Valery Dzirkal | 13 | 1/20/2023 |

| Case | Name | Chapter | Date |
|---|---|---|---|
| 23-10133-BFK | Herbert Eugene Bates | 13 | 1/26/2023 |
| 23-10252-KHK | Raven L. Morgan | 13 | 2/17/2023 |
| 23-10333-BFK | Douglas Francisco Mejia | 13 | 3/4/2023 |
| 23-10698-BFK | Melvin Mauricio Deras and Lalys S Deras | 13 | 4/27/2023 |
| 23-10852-BFK | Inshirah H Ali | 13 | 5/22/2023 |
| 23-10859-KHK | Esther Kamara | 13 | 5/22/2023 |
| 23-10892-KHK | Christopher Punsalan Camacho | 13 | 5/29/2023 |
| 23-11047-KHK | Maureen Ann Townsend | 13 | 6/26/2023 |
| 23-11321-BFK | Joseph Kojoe Afriyee Agyemang | 13 | 8/18/2023 |
| 23-11344-KHK | Patricia A Quinn | 13 | 8/23/2023 |
| 23-11451-KHK | Fernando Xavier Landivar | 13 | 9/8/2023 |
| 23-11588-BFK | Saira I. Athie | 13 | 10/2/2023 |
| 23-11777-BFK | Santos Marily Cruz | 13 | 10/31/2023 |
| 23-11796-KHK | Maria Rhona Lopez Lozano | 13 | 11/1/2023 |
| 23-11895-BFK | Alikali Kargbo | 13 | 11/18/2023 |
| 24-10101-BFK | Fabilo P Kakosso and Lindsay A Kakosso | 7 | 1/20/2024 |
| 24-10176-KHK | Vonda Kay Merrill | 13 | 1/31/2024 |
| 24-10239-KHK | Attasy Nilanjohn Habib | 13 | 2/14/2024 |
| 24-10262-KHK | Arthur Lawson Webb | 13 | 2/15/2024 |
| 24-10427-KHK | Jesse Antonio Garcia and Holly Noel Netherland Garcia | 13 | 3/8/2024 |
| 24-10537-BFK | Scott William Teter and Barbara Ann Teter | 7 | 3/21/2024 |

| | | | |
|---|---|---|---|
| 24-10732-BFK | Terrah Chantelle Sims | 13 | 4/17/2024 |
| 24-10870-KHK | Edina Marianna Bazzacco and Robert Bazzacco | 13 | 5/8/2024 |
| 24-11014-BFK | Edward Richard Hughes | 13 | 5/30/2024 |
| 24-11450-KHK | Isclyn Oughton | 13 | 8/8/2024 |
| 24-11467-BFK | Pamela Marie Balch | 13 | 8/9/2024 |
| 24-11635-BFK | Carlos De Jesus Olave | 13 | 9/1/2024 |
| 24-11640-KHK | Carlos Flores | 13 | 9/3/2024 |
| 24-11659-BFK | Stephen Paul Lloyd and Helen Michelle Lloyd | 13 | 9/6/2024 |
| 24-11783-KHK | Heather Marie Mangano and Joseph J Mangano, Jr | 13 | 9/24/2024 |
| 24-11812-KHK | Daniel Ray King | 13 | 9/27/2024 |
| 24-11929-BFK | Estelle Lorraine Reid | 13 | 10/15/2024 |
| 24-12146-BFK | Richard Nixon Morataya Leiva and Blanca Elena Morataya | 13 | 11/15/2024 |
| 24-12176-BFK | Corey William Lockhart and Emily Dye Lockhart | 7 | 11/21/2024 |
| 24-12196-BFK | Teresa S Hardy | 13 | 11/25/2024 |
| 24-12306-KHK | Jeffrey Len Elliott | 13 | 12/12/2024 |
| 24-12345-KHK | Jorge Armando Fernandez, Jr. | 13 | 12/19/2024 |
| 25-10086-BFK | Agustin Becerra | 13 | 1/14/2025 |
| 25-10112-BFK | Ilona Eden | 13 | 1/17/2025 |
| 25-10196-BFK | Lucinda Andrea Borque | 13 | 1/31/2025 |
| 25-10223-KHK | Ajmal Samsor | 13 | 2/6/2025 |
| 25-10278-KHK | Wyatt L. Woodsmall | 13 | 2/14/2025 |

| | | | |
|---|---|---|---|
| 25-10321-BFK | Susan E. Walker | 13 | 2/21/2025 |
| 25-10445-BFK | Jose Luis A. Secada Paredes | 13 | 3/7/2025 |
| 25-10468-BFK | Elaine Harrell | 13 | 3/10/2025 |
| 25-10511-BFK | Alfreda J. Smith | 13 | 3/14/2025 |
| 25-10693-KHK | Julie My-Hanh Vo | 7 | 4/5/2025 |
| 25-10807-KHK | David E Ross and Amy B Ross | 13 | 4/21/2025 |
| 25-10945-BFK | Aruna Suresh Dutia | 13 | 5/9/2025 |
| 25-11124-BFK | Amrik Hendiazad | 13 | 6/3/2025 |
| 25-11142-BFK | Susan Elizabeth Mejia | 13 | 6/5/2025 |
| 25-11152-BFK | Edgardo Aguiles Quintanilla | 13 | 6/6/2025 |
| 25-11235-BFK | Najate Fachkoul | 13 | 6/18/2025 |
| 25-11241-KHK | Charles Ethridge Bratcher, III | 13 | 6/19/2025 |
| 25-11344-KHK | Sabina Nunn Wighington | 13 | 7/1/2025 |
| 25-11434-KHK | Charles James Mason | 13 | 7/16/2025 |
| 25-11530-BFK | Omar Alpha Bah | 13 | 7/28/2025 |
| 25-11571-KHK | Patrice Madalyn Rushin Smith | 13 | 8/1/2025 |
| 25-11668-BFK | Tyrun Lee-Von Washington | 13 | 8/15/2025 |
| 25-11795-KHK | Staci Lee Redmon | 11 | 8/29/2025 |
| 25-11849-BFK | Luz Armida Umanzor | 13 | 9/5/2025 |
| 25-11932-KHK | Brian Keith Jones | 13 | 9/19/2025 |
| 25-12068-KHK | Constance Y Rucker | 13 | 10/7/2025 |

| | | | |
|---|---|---|---|
| 25-12102-BFK | George Lyons, Jr. | 13 | 10/11/2025 |
| 25-12174-BFK | Peter Henry Rosenow | 13 | 10/20/2025 |