**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

INSHIRAH H ALI

|  |  |
|---|---|
| | Chapter 13 |
| | Case No. 23-10852-BFK |

Debtor

.

Official Form 410C13-N

### TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

### Part 1:  Mortgage Information:

Name of Claim holder:         Deutsch Bank National Trust Company/Select Portfolio Servicing, Inc

Last 4 digits of any number you sue to identify the debtor's account:  8204

Property address:       6395 Lincolnia Rd
                        Alexandria, VA  22312

### Part 2:  Statement of Completion:

The debtor has completed all payments due the trustee under the chapter 13 plan.  A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

a.   Allowed amount of prepetition arrearage:                         $16,567.14
b.   Total amount of prepetition arrearage disbursed by the trustee:  $16,567.14
c.   Total amount of postpetition arrearage disbursed by the trustee: $0.00
d.   Total amount of arrearages disbursed by the trustee:             $16,567.14

### Part 4:  Postpetition Payments:
Check one:

_X_ Postpetition payments are made by the debtor.
___ Postpetition payments are paid through the trustee.
____Other:  _____

**Trustee's Notice of Disbursements Made**
Inshirah H Ali, Case #23-10852-BFK

**If the Trustee has disbursed postpetition payments, complete a and b; otherwise leave blank.**

a)   Total amount of postpetition payments disbursed by the trustee as of date of notice:
b)   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____.  All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5:  Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, expenses and charges disbursed by the trustee:                                                        ___N/A_____

## Part 6:  A Response is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR

Dated:  August 6, 2026                              Respectfully Submitted:

/s/ Thomas P. Gorman
Standing Chapter 13 Trustee

**Trustee's Notice of Disbursements Made**
Inshirah H Ali, Case #23-10852-BFK


## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
Mclean, VA  22101

LOGS Legal Group, LLP.
Attorney for Creditor, Attn:  Gregory N. Britto, Esquire
13800 Coppermine Rd
Herndon, VA 20171


and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Inshirah H Ali
Chapter 13 Debtor
6395 Lincolnia Rd
Alexandria, Va 22312

Select Portfolio Servicing, Inc
Attn: Remittance Processing
Po Box 65450
Salt Lake City, Ut 84165-0450


/s/   Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**DISBURSEMENTS**
**through 08/05/2026**

**CASE NUMBER** 23-10852

**DEBTOR** ALI, INSHIRAH H

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 001 | 1 | 08.05.2026 | 26_08 | SELECT PORTFOLIO SERVICING | System Disbursement | 510050 | 431.90 | 431.90 | 0.00 |
| Cleared: | | | Posted: 08.05.2026 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 04.30.2026 | 26_04 | SELECT PORTFOLIO SERVICING | System Disbursement | 505597 | 948.64 | 948.64 | 0.00 |
| Cleared: 05.12.2026 | | | Posted: 04.30.2026 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 03.31.2026 | 26_03 | SELECT PORTFOLIO SERVICING | System Disbursement | 504210 | 460.20 | 460.20 | 0.00 |
| Cleared: 04.14.2026 | | | Posted: 03.31.2026 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 02.27.2026 | 26_02 | SELECT PORTFOLIO SERVICING | System Disbursement | 502772 | 460.20 | 460.20 | 0.00 |
| Cleared: 03.10.2026 | | | Posted: 02.27.2026 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 01.30.2026 | 26_01 | SELECT PORTFOLIO SERVICING | System Disbursement | 501488 | 460.20 | 460.20 | 0.00 |
| Cleared: 02.24.2026 | | | Posted: 01.30.2026 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 12.31.2025 | 25_12 | SELECT PORTFOLIO SERVICING | System Disbursement | 500130 | 460.20 | 460.20 | 0.00 |
| Cleared: 01.08.2026 | | | Posted: 12.31.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 11.26.2025 | 25_11 | SELECT PORTFOLIO SERVICING | System Disbursement | 498736 | 460.20 | 460.20 | 0.00 |
| Cleared: 12.04.2025 | | | Posted: 11.26.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 10.31.2025 | 25_10 | SELECT PORTFOLIO SERVICING | System Disbursement | 497490 | 920.40 | 920.40 | 0.00 |
| Cleared: 11.13.2025 | | | Posted: 10.31.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 08.29.2025 | 25_08 | SELECT PORTFOLIO SERVICING | System Disbursement | 494598 | 460.20 | 460.20 | 0.00 |
| Cleared: 09.09.2025 | | | Posted: 08.29.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 07.31.2025 | 25_07 | SELECT PORTFOLIO SERVICING | System Disbursement | 493200 | 460.20 | 460.20 | 0.00 |
| Cleared: 08.07.2025 | | | Posted: 07.31.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 06.30.2025 | 25_06 | SELECT PORTFOLIO SERVICING | System Disbursement | 491734 | 518.42 | 518.42 | 0.00 |
| Cleared: 07.11.2025 | | | Posted: 06.30.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 05.30.2025 | 25_05 | SELECT PORTFOLIO SERVICING | System Disbursement | 490283 | 589.85 | 589.85 | 0.00 |
| Cleared: 06.10.2025 | | | Posted: 05.30.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 04.30.2025 | 25_04 | SELECT PORTFOLIO SERVICING | System Disbursement | 488855 | 589.85 | 589.85 | 0.00 |
| Cleared: 05.08.2025 | | | Posted: 04.30.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 03.31.2025 | 25_03 | SELECT PORTFOLIO SERVICING | System Disbursement | 487374 | 602.88 | 602.88 | 0.00 |
| Cleared: 04.10.2025 | | | Posted: 03.31.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 01.31.2025 | 25_01 | SELECT PORTFOLIO SERVICING | System Disbursement | 484402 | 1,166.67 | 1,166.67 | 0.00 |
| Cleared: 02.11.2025 | | | Posted: 01.31.2025 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 12.31.2024 | 24_12 | SELECT PORTFOLIO SERVICING | System Disbursement | 482941 | 589.85 | 589.85 | 0.00 |
| Cleared: 01.09.2025 | | | Posted: 12.31.2024 | | ATTN: REMITTANCE PROCESSING | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |

Date Printed      08/05/2026                          Ref Number = 2                                          Page 1 of 2

**DISBURSEMENTS**
**through 08/05/2026**

**DEBTOR**      ALI, INSHIRAH H

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 001 | 1 | 10.31.2024 | 24_10 | SELECT PORTFOLIO SERVICIN( | System Disbursement | 480024 | 589.85 | 589.85 | 0.00 |
| Cleared: 11.07.2024 | | | Posted: 10.31.2024 | | ATTN: REMITTANCE PROCESSIN( | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 09.30.2024 | 24_09 | SELECT PORTFOLIO SERVICIN( | System Disbursement | 478410 | 1,217.34 | 1,217.34 | 0.00 |
| Cleared: 10.15.2024 | | | Posted: 09.30.2024 | | ATTN: REMITTANCE PROCESSIN( | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 08.30.2024 | 24_08 | SELECT PORTFOLIO SERVICIN( | System Disbursement | 476755 | 608.67 | 608.67 | 0.00 |
| Cleared: 09.05.2024 | | | Posted: 08.30.2024 | | ATTN: REMITTANCE PROCESSIN( | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 07.31.2024 | 24_07 | SELECT PORTFOLIO SERVICIN( | System Disbursement | 475152 | 583.57 | 583.57 | 0.00 |
| Cleared: 08.08.2024 | | | Posted: 07.31.2024 | | ATTN: REMITTANCE PROCESSIN( | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 05.31.2024 | 24_05 | SELECT PORTFOLIO SERVICIN( | System Disbursement | 471710 | 583.57 | 583.57 | 0.00 |
| Cleared: 06.06.2024 | | | Posted: 05.31.2024 | | ATTN: REMITTANCE PROCESSIN( | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 04.30.2024 | 24_04 | SELECT PORTFOLIO SERVICIN( | System Disbursement | 469923 | 1,167.14 | 1,167.14 | 0.00 |
| Cleared: 05.09.2024 | | | Posted: 04.30.2024 | | ATTN: REMITTANCE PROCESSIN( | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 02.29.2024 | 24_02 | SELECT PORTFOLIO SERVICIN( | System Disbursement | 466268 | 1,167.14 | 1,167.14 | 0.00 |
| Cleared: 03.07.2024 | | | Posted: 02.29.2024 | | ATTN: REMITTANCE PROCESSIN( | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |
| 2 | 001 | 1 | 01.31.2024 | 24_01 | SELECT PORTFOLIO SERVICIN( | System Disbursement | 464516 | 1,070.00 | 1,070.00 | 0.00 |
| Cleared: 02.13.2024 | | | Posted: 01.31.2024 | | ATTN: REMITTANCE PROCESSIN( | PO BOX 65450  SALT LAKE CITY  UT  84165-0450 | | | | |

| | | |
|---|---|---|
| **Total Principal** | 16,567.14 |
| **Total Interest** | 0.00 |
| **Total** | 16,567.14 |