**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**Inshirah H Ali**

|  |  |
|---|---|
| **Inshirah H Ali** | Chapter 13 |
| | Case No. 23-10852-BFK |
| Debtor | |

Chapter 13

Case No. 23-10852-BFK

Debtor

## STATEMENT

COMES NOW, Thomas P. Gorman, who serves as the Chapter 13 Trustee in the above-referenced case, and states as follows:

1. Inshirah H Ali and  (the **"Debtor"**) filed the Chapter 13 Plan and Related Motions, which Plan was confirmed.
2. Pursuant to the Plan, the Debtor proposed to make certain direct post-petition payments to creditors with secured claims, as well as remit certain payments to the Trustee.
3. Based on the Trustee's records, it appears that all payments due to the Trustee under the terms of the confirmed Plan have been received.
4. This is not a Trustee Report of Completion of Plan Payments.  The Trustee will file such subsequent pleadings as is ordered by the Court or are appropriate, pursuant to LBR 3002.1-1.

Date: ___ August 6, 2026 _____

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was mailed to Debtor at the address of record as shown on the Court's Docket, and sent to Debtor's Counsel via ECF this 6th day of August, 2026.

/s/ Thomas P. Gorman_____
Thomas P. Gorman