Certificate Number: 06531-VAE-DE-041295866

Bankruptcy Case Number: 23-10852



06531-VAE-DE-041295866

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2026, at 2:41 o'clock PM CDT, Inshirah Ali completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   August 6, 2026                By:    /s/Sharon Schroeder

Name:  Sharon Schroeder

Title:   Certified Credit Counselor