UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| Inshirah H Ali ) | |
| ) | No. 23−10852−BFK |
| Debtor. ) | Chapter 13 |
| ) | |

## L.R. 3002.1-1 CERTIFICATION

I hereby certify that all payments on the debt on my principal residence mortgage due during the life of this case have been made.

Dated: August 9, 2026

/s/ Inshirah H. Ali
Debtor