**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Inshirah H Ali | ) | |
| | ) | No. 23−10852−BFK |
| Debtor. | ) | Chapter 13 |
| | ) | |

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

       Dated: August 14, 2026.

           /s/ Daniel M. Press
          Daniel M. Press, VSB 37123
          Law Offices of Daniel M. Press
          201 Washington St.
          Cumberland MD 21502
          (703) 725-7600
          dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 7 Trustee, and all parties requesting notice by CM/ECF.

 /s/ Daniel M. Press_____
Daniel M. Press