**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **Inshirah H Ali**<br><br>Debtor | Chapter 13<br><br>Case No. 23-10852-BFK |

**REPORT BY TRUSTEE OF COMPLETION OF PLAN PAYMENTS**

NOW COMES the Chapter 13 Trustee herein, Thomas P. Gorman, and certifies to the Court that the Debtor has completed his plan payments pursuant to the confirmed plan in this case. Your trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.

Respectfully submitted,

Date: ___September 30, 2026 _________

_/s/ Thomas P. Gorman_______
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226