# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**In re:**

Inshirah H Ali

Debtor(s)

**Case Number** 23−10852−BFK
**Chapter** 13

## NOTICE TO DEBTOR(S) AND CREDITORS CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you must

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at www.vaeb.uscourts.gov. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing unless, within 21 days of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1, 2007 through March 31, 2010, $146,450 if the case was filed on or after April 1, 2010, $155,675 if the case was filed on or after April 1, 2013, $160,375 if the case was filed on or after April 1, 2016, $170,350 if the case was filed on or after April 1, 2019, or $189,050 if the case was filed on or after April 1, 2022, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated: September 30, 2026

Charri S Stewart , Clerk
United States Bankruptcy Court

[ntcLBRvApril2022.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:
Inshirah H Ali
Debtor

Case No. 23-10852-BFK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: Nathaniel Page 1 of 3

Date Rcvd: Sep 30, 2026 Form ID: nt400815 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Inshirah H Ali, 6395 Lincolnia Rd, Alexandria, VA 22312-1533 |
| aty | + | Blankingship & Keith, P.C., 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 16147493 | + | Amer Salameh, 6033 Pocol Drive, Clifton, VA 20124-1333 |
| 16147494 | + | Ayman Abdelaziz, 6395 Lincolnia Rd, Alexandria, VA 22312-1533 |
| 16147497 | + | Do Ra Inc., Servicemaster of Woodbridge, 21 Enterprise Ct, Fredericksburg, VA 22405-4549 |
| 16280622 | | Fairfax County, Office of the County Attorney, 12000 Govt. Center Parkway, Suite 549, Fairfax, VA 22035 |
| 16147499 | | First Premier Bank, 601 S. Minnesota ave, Cedar Hill, TX 75104 |
| 16147502 | + | Jeremy Root, Esq,, Blankingship & Keith, 4020 University Dr Ste 3000, Fairfax, VA 22030-6802 |
| 16147503 | + | Legum & Wilk, 4004 Williamsburg Court, Fairfax, VA 22032-1139 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: logsecf@logs.com | Oct 01 2026 03:21:00 | Gregory N. Britto, LOGS Legal Group, LLP., 13800 Coppermine Rd, Herndon, VA 20171-6165 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 03:20:15 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 16147492 | + | Email/Text: bankruptcy@rentacenter.com | Oct 01 2026 03:22:00 | Acceptance Now, 5501 Headquarters Dr,, Plano, TX 75024-5837 |
| 16196396 | + | Email/Text: bncmail@w-legal.com | Oct 01 2026 03:21:00 | Alliant Capital Management HDH, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 16437477 | + | Email/Text: Howard@Birmiel.com | Oct 01 2026 03:20:00 | Amer Salameh, c/o Howard Birmiel Esq, 9314-C Old Keene Mill Road, Burke, VA 22015-4284 |
| 16147495 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 03:20:05 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 16147496 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2026 03:20:08 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16189451 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 01 2026 03:22:00 | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 16147498 | + | Email/Text: john.burton@fairfaxcounty.gov | Oct 01 2026 03:22:00 | Fairfax County Department of Tax Administrati, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16147500 | | Email/Text: specialhandling@glasserlaw.com | Oct 01 2026 03:20:00 | Glasser & Glasser, 580 East Main Street, Suite 600, Norfolk, VA 23510 |
| 16147501 | + | Email/Text: Howard@Birmiel.com | Oct 01 2026 03:20:00 | Howard Birmiel, Esq,, 9314 Old Keene Mill Rd, Burke, VA 22015-4284 |
| 16147504 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2026 03:21:00 | Midland Funding LLC, P.O. Box 939069, San Diego, CA 92193-9069 |

| | | | | |
|---|---|---|---|---|
| 16202710 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 03:20:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 16172880 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 03:20:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16191640 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 01 2026 03:21:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 16147505 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 01 2026 03:21:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 16147506 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 01 2026 03:22:00 | Select Portfolio Servicing, Bankruptcy Dept, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 16182308 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 01 2026 03:20:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 16189836 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 01 2026 03:20:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16147507 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 01 2026 03:20:00 | Verizon, 1095 avenue of the Americas, New York, NY 10036-6704 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | James R. Meizanis, Jr. |
| aty | | Jeremy B. Root |
| cr | | Amer Salameh |
| cr | * | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| cr | *+ | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16189516 | * | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 16189700 | * | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 16189701 | * | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Inshirah H Ali dan@danpress.us pressdm@gmail.com;danpress@recap.email |

| | |
|---|---|
| James R. Meizanis, Jr. | on behalf of Attorney Jeremy B. Root jmeizanis@bklawva.com jroot@bklawva.com;mnoble@bklawva.com |
| James R. Meizanis, Jr. | on behalf of Attorney Blankingship & Keith P.C. jmeizanis@bklawva.com, jroot@bklawva.com;mnoble@bklawva.com |
| James R. Meizanis, Jr. | on behalf of Attorney James R. Meizanis Jr. jmeizanis@bklawva.com, jroot@bklawva.com;mnoble@bklawva.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 6