UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Inshirah H Ali | ) | |
| | ) | No. 23−10852−BFK |
| Debtor. | ) | Chapter 13 |
| | ) | |

**Motion Under Rule 3002.1(g)(4) to Determine Final Cure and Payment of the Mortgage Claim**

The Debtor states as follows:

1. The following information relates to the mortgage claim at issue:
**Name of Claim Holder:_** Deutsche Bank National Trust Company, as Trustee (Select Portfolio Servicing)
**Court claim no**. (if known): 4-1
**Last 4 digits** of any number used to identify the debtor's account: 8204
**Property address:** 6395 Lincolnia Rd Alexandria, VA 22312-1533

2. As of the date of this motion the trustee has disbursed payments to cure arrearages as follows:
a. Allowed amount of the prepetition arrearage, if any: $16,567.14
b. Total amount of the prepetition arrearage disbursed, if known: $ 16,567.14
c. Allowed amount of postpetition arrearage, if any: $0.00
d. Total amount of postpetition arrearage disbursed, if known: $0.00
e. Total amount of arrearages disbursed $16,567.14

3. As of the date of this motion, I have disbursed payments for postpetition fees, expenses, and charges as follows:
a. Amount of postpetition fees, expenses, and charges noticed under Rule 3002.1(c) and not disallowed: $0.00
b. Amount of postpetition fees, expenses, and charges disbursed: $0.00

4. As of the date of this motion, I have made the following payments on the postpetition obligations: $142,168

5. If needed, add other information relevant to the motion. n/a

6. I ask the court for an order under Rule 3002.1(g)(4) determining whether the debtor has cured all arrearages, if any, and paid all postpetition amounts required by the plan to be made as of the date of this motion.

Dated: October 3, 2026.

/s/ Inshirah H. Ali
Inshirah H. Ali

By counsel:

_/s/ Daniel M. Press__________
Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

CERTIFICATE OF SERVICE

This is to certify that on this 4th day of October, 2026, I caused the foregoing document to be served on upon the Chapter 13 Trustee and all parties requesting notice by CM/ECF, and by first class mail, postage prepaid, addressed to:

Deutsche Bank National Trust Company, as Trustee
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT , 84165-0250

_/s/ Daniel M. Press_____________