**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Inshirah H. Ali | ) | |
| | ) | No. 23−10852−KHK |
| Debtor. | ) | Chapter 13 |
| | ) | |

**NOTICE OF MOTION**
**Under Rule 3002.1(g)(4) to Determine Final Cure and Payment of the Mortgage Claim**

Notice is hereby given that the Debtor has filed a **Motion Under Rule 3002.1(g)(4) to Determine Final Cure and Payment of the Mortgage Claim ("Motion**"). Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

•On or before **November 2, 2026**, file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response using Form 410C13-M2R and be served on the individuals listed in Rule 3002.1(b)(1).. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date specified. You must also provide a copy to the persons listed below so that these persons receive your response on or before the date specified.

• Attend the hearing scheduled to be held on November 19, 2026, at 1:30 p.m. in Courtroom I, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

• Provide a copy of any written response to:

Inshirah H. Ali
6935 Lincolnia Rd.
Alexandria VA 22312

Daniel M. Press, VSB# 37123
Law Offices of Daniel M Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

Daniel M. Press, Esq.
201 Washington St.
Cumberland Md 21502

Thomas P. Gorman Trustee
1414 Prince Street, Suite 202
Alexandria, Virginia 22314

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

Dated: October 4, 2026.

Respectfully submitted,

__/s/ Daniel M. Press ______

Daniel M. Press, VSB# 37123
Law Offices of Daniel M Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 4th day of October, 2026, I caused the foregoing document, ***along with the Motion***, to be served on upon the Chapter 13 Trustee and all parties requesting notice by CM/ECF, and by first class mail, postage prepaid, addressed to:

Deutsche Bank National Trust Company, as Trustee
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT , 84165-0250

_/s/ Daniel M. Press______________