**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Inshirah H Ali<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9113 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Virginia | | |
| Case number: | 23–10852–BFK | | |

## Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Inshirah H Ali

November 19, 2026

**For the court:** Charri S Stewart
Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- ♦ some debts which the debtors did not properly list;
- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 23-10852-BFK
Inshirah H Ali Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: Nathaniel Page 1 of 3
Date Rcvd: Nov 19, 2026 Form ID: 3180W Total Noticed: 30

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Inshirah H Ali, 6395 Lincolnia Rd, Alexandria, VA 22312-1533 |
| aty | + | Blankingship & Keith, P.C., 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 16147493 | + | Amer Salameh, 6033 Pocol Drive, Clifton, VA 20124-1333 |
| 16147494 | + | Ayman Abdelaziz, 6395 Lincolnia Rd, Alexandria, VA 22312-1533 |
| 16147497 | + | Do Ra Inc., Servicemaster of Woodbridge, 21 Enterprise Ct, Fredericksburg, VA 22405-4549 |
| 16280622 | | Fairfax County, Office of the County Attorney, 12000 Govt. Center Parkway, Suite 549, Fairfax, VA 22035 |
| 16147499 | | First Premier Bank, 601 S. Minnesota ave, Cedar Hill, TX 75104 |
| 16147502 | + | Jeremy Root, Esq,, Blankingship & Keith, 4020 University Dr Ste 3000, Fairfax, VA 22030-6802 |
| 16147503 | + | Legum & Wilk, 4004 Williamsburg Court, Fairfax, VA 22032-1139 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | + | Email/Text: logsecf@logs.com | Nov 19 2026 23:31:00 | Gregory N. Britto, LOGS Legal Group, LLP., 13800 Coppermine Rd, Herndon, VA 20171-6165 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 19 2026 23:31:00 | Deutsche bank national trust co as trustee, Select Portfolio Servicing Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | EDI: PRA.COM | Nov 20 2026 03:54:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 16147492 | + | Email/Text: bankruptcy@rentacenter.com | Nov 19 2026 23:31:00 | Acceptance Now, 5501 Headquarters Dr,, Plano, TX 75024-5837 |
| 16196396 | + | Email/Text: bncmail@w-legal.com | Nov 19 2026 23:31:00 | Alliant Capital Management HDH, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 16437477 | + | Email/Text: Howard@Birmiel.com | Nov 19 2026 23:29:00 | Amer Salameh, c/o Howard Birmiel Esq, 9314-C Old Keene Mill Road, Burke, VA 22015-4284 |
| 16147495 | + | EDI: CAPITALONE.COM | Nov 20 2026 03:54:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 16147496 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2026 23:26:48 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16189451 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 19 2026 23:31:00 | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 16147498 | + | Email/Text: john.burton@fairfaxcounty.gov | Nov 19 2026 23:31:00 | Fairfax County Department of Tax Administrati, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16147500 | | Email/Text: specialhandling@glasserlaw.com | Nov 19 2026 23:30:00 | Glasser & Glasser, 580 East Main Street, Suite 600, Norfolk, VA 23510 |
| 16147501 | + | Email/Text: Howard@Birmiel.com | Nov 19 2026 23:29:00 | Howard Birmiel, Esq,, 9314 Old Keene Mill Rd, Burke, VA 22015-4284 |

| | | | | |
|---|---|---|---|---|
| 16147504 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2026 23:31:00 | Midland Funding LLC, P.O. Box 939069, San Diego, CA 92193-9069 |
| 16202710 | | EDI: PRA.COM | Nov 20 2026 03:54:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 16172880 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2026 23:26:52 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16191640 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 19 2026 23:31:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 16147505 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 19 2026 23:31:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 16147506 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 19 2026 23:31:00 | Select Portfolio Servicing, Bankruptcy Dept, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 16182308 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 19 2026 23:30:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 16189836 | + | EDI: AIS.COM | Nov 20 2026 03:54:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16147507 | + | EDI: VERIZONCOMB.COM | Nov 20 2026 03:54:00 | Verizon, 1095 avenue of the Americas, New York, NY 10036-6704 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | James R. Meizanis, Jr. |
| aty | | Jeremy B. Root |
| cr | | Amer Salameh |
| cr | * | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| cr | *+ | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16189516 | * | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 16189700 | * | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 16189701 | * | Deutsche Bank National Trust Company, as Trustee,, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Daniel M. Press | on behalf of Debtor Inshirah H Ali dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| James R. Meizanis, Jr. | on behalf of Attorney James R. Meizanis Jr. jmeizanis@bklawva.com, jroot@bklawva.com;mnoble@bklawva.com |
| James R. Meizanis, Jr. | on behalf of Attorney Blankingship & Keith P.C. jmeizanis@bklawva.com, jroot@bklawva.com;mnoble@bklawva.com |
| James R. Meizanis, Jr. | on behalf of Attorney Jeremy B. Root jmeizanis@bklawva.com jroot@bklawva.com;mnoble@bklawva.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 6